IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **BILLY COY COCHRAN,** | ) | 1:06-cv-0909-LJO- WMW HC |
| Petitioner, | )<br>)<br>) | **ORDER DENYING MOTION FOR LEAVE TO CONDUCT DISCOVERY** |
| vs. | ) | |
| | ) | [Doc. 34] |
| **JAMES TILTON,** | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 26, 2008, Petitioner filed a motion for leave to conduct discovery. As a ground for his motion, Petitioner states that he needs to conduct discovery in order to assemble evidence to present at the evidentiary hearing he has requested. The court, however, denied Petitioner's motion for an evidentiary hearing on September 25, 2008. If the court, upon reviewing the merits of petitioner's claim, finds that an evidentiary hearing is

necessary, it will also consider whether Petitioner should be allowed to conduct further discovery. Petitioner also states that he seeks discovery so as to oppose Respondent's answer to his petition. Petitioner, however, has already filed his traverse in this case.

Based on the foregoing, Petitioner's motion for leave to conduct discovery in this case is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   September 29, 2008**              /s/  William M. Wunderlich
                                                                 UNITED STATES MAGISTRATE JUDGE

2