1   MARK R. CONRAD (State Bar No. 266557)
Mark.Conrad@mto.com

2   MUNGER, TOLLES & OLSON LLP
560 Mission Street

3   Twenty-Seventh Floor
San Francisco, CA 94105-2907

4   Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

5

6   LUIS LI (State Bar No. 156081)
Luis.Li@mto.com

7   MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue

8   Thirty-Fifth Floor
Los Angeles, CA 90071-1560

9   Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

10   Attorneys for Petitioner
BILLY COY COCHRAN

11

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15   BILLY COY COCHRAN,

16               Petitioner,

17   vs.

18   MATTHEW KRAMER, Warden,

19               Respondent.

CASE NO. 06-cv-00909-CRB

**STIPULATION REGARDING SUPPLEMENTAL BRIEFING SCHEDULE**

Judge:     Hon. Charles R. Breyer

20

21         WHEREAS, on July 18, 2006, Petitioner Billy Coy Cochran, an inmate

incarcerated at the Fulsom State Prison, filed a petition for writ of habeas corpus in the above-

22

caption case in the United States District Court for the Eastern District of California;

23

24         WHEREAS, on November 13, 2007, Petitioner filed an amended petition for writ

of habeas corpus;

25

26         WHEREAS, on March 10, 2008, Respondent was ordered to file an answer to the

amended petition for writ of habeas corpus, which was filed by Respondent on July 3, 2008;

27   //

28

8449648.2

Case 1:06-cv-00909-CRB    Document 47    Filed 08/03/09    Page 2 of 4

1    WHEREAS, on September 5, 2008, Petitioner filed a traverse to Respondent's

2    answer to the amended petition for writ of habeas corpus;

3    WHEREAS, on November 24, 2008, this case was transferred by Chief Judge

4    Anthony W. Ishii from the United States District Court for the Eastern District of California and

5    reassigned to this Court for all further proceedings;

6    WHEREAS, on May 1, 2009, this Court issued an order requiring Respondent to

7    file a further response to the amended petition for writ habeas corpus regarding Petitioner's

8    challenge to his convictions on counts 5 and 6 as duplicative;

9    WHEREAS, on May 26, 2009, Respondent filed a supplemental brief in response

10    to the Court's order dated May, 1, 2009;

11    WHEREAS, on June 3, 2009, Petitioner filed a reply to Respondent's

12    supplemental brief;

13    WHEREAS, on June 10, 2009, the Court issued an order appointing Mark R.

14    Conrad, of the law firm of Munger, Tolles & Olson LLP, to represent Petitioner for the limited

15    purpose of addressing whether counts 5 and 6 are duplicative (the "Order Appointing Counsel");

16    WHEREAS, the Order Appointing Counsel directed Petitioner's counsel to review

17    the record and advise whether supplemental briefing is required;

18    WHEREAS, the Order Appointing Counsel further directed the parties to confer

19    regarding a reasonable schedule for any supplemental briefing;

20    NOW, THEREFORE, IT IS HEREBY STIPULATED that Petitioner shall submit

21    a Supplemental Brief in Support of Petitioner's Claims on Count 5 and Count 6, not to exceed 25

22    pages, to be filed not later than Friday, August 21, 2009;

23    IT IS FURTHER HEREBY STIPULATED that Respondent may submit a

24    Supplemental Brief in Opposition to Petitioner's Claims on Count 5 and Count 6, if necessary,

25    not to exceed 15 pages, to be filed not later than Friday, September 4, 2009;

26    //

27    //

28    //

1    IT IS FURTHER HEREBY STIPULATED that, in the event that Respondent files

2    a supplemental opposition brief, Petitioner may submit a Supplemental Reply Brief in Support of

3    Petitioner's Claims on Count 5 and Count 6, if necessary, not to exceed 10 pages, to be filed not

4    later than Friday, September 11, 2009;

5    IT IS FURTHER HEREBY STIPULATED that a hearing on the issues raised in

6    the supplemental briefing shall be scheduled before this Court for Friday, September 25, 2009, at

7    10:00 a.m., in Courtroom 8, at 450 Golden Gate Ave., San Francisco, CA 94102.

8    IT IS SO STIPULATED.

9

10   DATED: August 3, 2009                    MUNGER, TOLLES & OLSON LLP
                                              MARK R. CONRAD
11

12

13                                           By:_____/s/ Mark R. Conrad_____
                                                      MARK R. CONRAD

14                                           Attorneys for Petitioner
                                             BILLY COY COCHRAN
15

16   DATED: August 3, 2009                   OFFICE OF THE ATTORNEY GENERAL
                                             JANET ELLEN NEELEY
                                             CATHERINE CHATMAN
17

18

19                                           By:_____/s/ Janet Ellen Neeley_____
                                                      JANET ELLEN NEELEY

20                                           Attorneys for Respondent
                                             MATTHEW KRAMER
21

22

23   Pursuant to stipulation, IT IS SO ORDERED.

24

25   DATED:        AUG 0 3 2009

26                                           _____
                                             HON. CHARLES R. BREYER
                                             United States District Judge
27

28

8449648.2                        - 3 -        STIPULATION RE: SUPPLEMENTAL BRIEFING;
                                              CASE NO. 06-CV-00909-CRB

Filer's Attestation:

I, Mark R. Conrad, am the ECF user whose identification and password are being used to file this **STIPULATION REGARDING SUPPLEMENTAL BRIEFING SCHEDULE**. In compliance with Northern District General Order 45.X.B, I hereby attest that Janet Ellen Neeley concurs in this filing.

By: _____/s/ Mark R. Conrad_____
MARK R. CONRAD