IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MATTHEW KRAMER, Warden<br><br>　　　　Respondent. | No. C 06-0909 CRB<br><br>**ORDER DENYING EX PARTE MOTION TO EXPAND COUNSEL'S REPRESENTATION** |

Petitioner Billy Coy Cochran, a state prisoner incarcerated at Folsom State Prison in Folsom, California, seeks a writ of habeas corpus under 28 U.S.C. § 2254 based on a variety of grounds. On June 10, 2009, this Court appointed counsel to represent Petitioner in the habeas proceedings before this Court for the limited purpose of addressing whether counts 5 and 6 are duplicative. Petitioner and Respondent have stipulated to a briefing schedule and have begun briefing on this issue.

Now pending before the Court is an ex parte motion by Petitioner to expand his counsel's representation to include the additional claims raised in Petitioner's amended habeas petition. The declaration attached to Petitioner's motion clarifies that Petitioner wishes to expand counsel's representation in order to obtain firearms records, telephone records, Fire Department and Insurance Company records, and financial records. The Court finds that the additional investigation sought by Petitioner would not assist the Court in its resolution of Petitioner's claims. Petitioner's motion is DENIED. Petitioner's counsel is to

//

focus on the limited purpose of addressing whether counts 5 and 6 are duplicative.

**IT IS SO ORDERED.**

Dated: September 4, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0909\order re expanding representation.wpd