United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MATTHEW KRAMER, Warden<br><br>　　　　Respondent. | No. C 06-0909 CRB<br><br>**ORDER SETTING ARGUMENT** |

Petitioner Billy Coy Cochran seeks a writ of habeas corpus under 28 U.S.C. § 2254 based on a variety of grounds. This Court appointed counsel to represent Petitioner for the limited purpose of addressing whether counts 5 and 6 are duplicative. Petitioner and Respondent have filed extensive briefing on this issue. Having carefully reviewed the parties papers', the Court finds that argument would be useful on the issue of whether counts 5 and 6 are duplicative. Accordingly, a hearing is set for January 6, 2010 at 10:00 a.m. in Courtroom 8. Petitioner's attendance is not required; counsel may attend in his place.

**IT IS SO ORDERED.**

Dated: December 22, 2009

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0909\order setting argument.wpd