IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY COY COCHRAN,<br><br>               Petitioner,<br><br>   v.<br><br>MATTHEW KRAMER, Warden,<br><br>               Respondent. | ) 1: 06-CV-0909 CRB<br>)<br>) ORDER DIRECTING THE CLERK OF<br>) THE COURT TO SERVE THE COURT'S<br>) ORDER GRANTING IN PART AND<br>) DENYING IN PARTY PETITIONER'S<br>) PETITION FOR WRIT OF HABEAS<br>) CORPUS ON THE FRESNO COUNTY<br>) SUPERIOR COURT AND THE FRESNO<br>) COUNTY DISTRICT ATTORNEY'S<br>) OFFICE AND ORDER DENYING<br>) MOTION TO ENFORCE THE<br>) JUDGMENT AS MOOT  (Document #63)<br>) |

     On January 25, 2010, United States District Judge Charles R. Breyer, Visting District Court Judge, issued an order granting in part and denying in part Petitioner's petition for writ of habeas corpus.   On July 23, 2010, Petitioner filed a motion to enforce the judgment.

     The undersigned as conducted a administrative review of the docket in this action.   The court's records reveal that Judge Breyer's order was neither served on the Fresno County Superior Court nor the Fresno County District Attorney's Office.   It appears that this administrative error caused the Superior Court to never address the January 25, 2010 order.

     Accordingly, the court ORDERS that:

     1.       The Clerk of the Court is DIRECTED to serve the January 25, 2010 order on the Fresno County Superior Court and the Fresno County District Attorney's Office;

and

2. In light of the court's service on the Fresno County Superior Court, Petitioner's motion to enforce the judgment is DENIED as moot.

IT IS SO ORDERED.

Dated:   November 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE